No. 71–414. Vulcan Materials Co. v. United States. C. A. 5th Cir. Certiorari denied.

No. 71–417. La-Tex Supply Co. v. Fruehauf Trailer Division, Fruehauf Corp. C. A. 5th Cir. Certiorari denied.

No. 71–429. Sohio Petroleum Co. v. Oil Transport Co. et al. C. A. 5th Cir. Certiorari denied.

No. 71–5034. Fair v. Lo Scalzo et al. Sup. Ct. Fla. Certiorari denied.

No. 71–5046. Mackey v. Craven, Warden. Sup. Ct. Cal. Certiorari denied.

No. 71–5156. Frame v. United States. C. A. 9th Cir. Certiorari denied.

No. 71–5157. Thrower v. United States. C. A. 4th Cir. Certiorari denied.

No. 71–5158. Briddle et al. v. United States. C. A. 8th Cir. Certiorari denied.

No. 71–5163. Poe v. Illinois. Sup. Ct. Ill. Certiorari denied.

No. 71–5165. Holt v. United States. C. A. D. C. Cir. Certiorari denied.

No. 71–5166. Jankord v. Minnesota. Sup. Ct. Minn. Certiorari denied.

No. 71–5168. Sloben v. New York. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.